UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICARDO MAGANA LEMUS,<br><br>    Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. 5:18-cv-02070-SJO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), the Answer to the Petition filed by Respondent (Dkt. 14), the Traverse filed by Petitioner (Dkt. 18), the Report and Recommendation (Dkt. 20, "R&R") of the United States Magistrate Judge, and the Objection to the R&R filed by Petitioner (Dkt. 23)

Having engaged in a de novo review of those portions of the R&R to which objections have been made, the Court concurs with and accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Petitioner's request for an evidentiary hearing is denied; and

2. Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: June 4, 2019.

*S. James Otero*

———————————————
S. JAMES OTERO
United States District Judge